UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   GRAY, ANTHONY W | § § § | Case No. 09-13668 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 10/05/2010 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/27/2010         By:   /s/Eugene Crane
                                      Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: GRAY, ANTHONY W | § | Case No. 09-13668 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 5,201.18 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 5,201.18 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Trustee | EUGENE CRANE | $ 1,270.12 | $ |
| Attorney for trustee | Crane, Heyman, Simon, Welch & Clar | $ 3,752.50 | $ 4.61 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,171.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 4,938.62 | $ 139.19 |
| 2 | Capital Recovery III LLC As Assignee of Capital On | $ 1,233.31 | $ 34.76 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

UST Form 101-7-NFR (9/1/2009)

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

                                                            Prepared By:  /s/EUGENE CRANE
                                                                                               Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: ahamilton              Page 1 of 1                  Date Rcvd: Aug 30, 2010
Case: 09-13668                 Form ID: pdf006              Total Noticed: 25

The following entities were noticed by first class mail on Sep 01, 2010.
db           +Anthony W Gray,    711 W 129th Pl,    Chicago, IL 60628-7421
aty          +Michelle K Hinds,    Legal Helpers,    233 S. Wacker Dr., Suite 5150,    Chicago, IL 60606-6371
tr           +Eugene Crane,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
13797312     +Amc Mortgage Services,    Po Box 769,    Santa Ana, CA 92702
13797313     +American General Finan,    3200 W 159th St Ste B,    Markham, IL 60428-4056
13797314     +Anderson, Crenshaw & Associates,    12801 N Central Expressway Suite 25,    Dallas, TX 75243-1716
13797315      Bank Financial,    1401 N Larkin F.S. B,    Joliet, IL 60435
13797316     +Beneficial/hfc,    Po Box 1547,    Chesapeake, VA 23327-1547
13797318     +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
15645725     +Capital Recovery III LLC As Assignee of Capital On,     Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,     Miami FL 33131-1605
15432322      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13797319     +Citi Corp Credit Services,    Attn: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195-0507
13797320     +Citibank / Sears,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13797321      Citimortgage,    1000 technology Dr,    Saint Charles, MO 63304-2240
13797322     +Collection,    15 Union St,    Lawrence, MA 01840-1866
13797323     +Credit Protect Assoc.,    Po Box 802068,    Dallas, TX 75380-2068
13797324     +Csx Chgo Tcu,    1700 W 167th,    Calumet City, IL 60409-5482
13797326     +Home Comings Financial,    Attention: Bankruptcy Dept,    1100 Virginia Drive,
               Fort Washington, PA 19034-3204
13797327     +Law Offices of Ira Nevel,    175 North Franklin, Suite 201,    Chicago, IL 60606-1847
13797328     +NCO - Medclr,    Attention: Bankruptcy,    1804 Washington Blvd. Suite 450,
               Baltimore, MD 21230-1700
13797329     +Pierce & Associates,    1 North Dearborn,    Chicago, IL 60602-4373
13797331     +Superior Mgt,    Attn: Bankruptcy,    Po Box 468089,    Atlanta, GA 31146-8089
13797332     +Valentine & Kebartas, Inc,    PO Box 325,    Lawrence, MA 01842-0625
The following entities were noticed by electronic transmission on Aug 30, 2010.
13797325     +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2010 01:45:21      Gemb/care Credit,
               Attn: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
13797330     +E-mail/Text: ebn@phinsolutions.com                           Rjm Acq Llc,
               575 Underhill Blvd Suite 224,    Syosset, NY 11791-3416
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Crane, Heyman, Simon, Welch & Clar
aty*         +Eugene Crane,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
13797317*    +Beneficial/hfc,    Pob 1547,    Chesapeake, VA 23327-1547
13797333    ##+Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,
               Greenville, SC 29603-0467
                                                                                               TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2010**                          **Signature:** *Joseph Speetjens*